Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **09−73386−tjt**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Bonita Ann Talley
   23140 Albion
   Farmington, MI 48336

Social Security No.:
   xxx−xx−7922

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that on **3/10/10** , an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 3/10/10

                BY THE COURT

                Katherine B. Gullo , Clerk of Court
                UNITED STATES BANKRUPTCY COURT